# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NEWVIEW OKLAHOMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CIV-19-625-PRW |
| | ) | |
| (1) BERKSHIRE HATHAWAY | ) | Removed from the District |
| SPECIALTY INSURANCE | ) | Court of Oklahoma County, |
| COMPANY, | ) | Case No. CJ-2019-2351 Hon. |
| | ) | Trevor Pemberton |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 and § 1446 and LCvR 81.2, Defendant Berkshire Hathaway Specialty Insurance Company ("Berkshire") hereby files this Notice of Removal. In support of this Notice of Removal, Defendant Berkshire states the following:

1. Plaintiff brought an action against Defendant Berkshire in Case No. CJ-2019-2351, filed in the District Court of Oklahoma County, State of Oklahoma, styled *NewView Oklahoma, Inc. v. Berkshire Hathaway Insurance Company.*

2. This Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332, and this lawsuit is one which may be removed to this Court by Defendant Berkshire pursuant to the provisions of 28 U.S.C. § 1441.

3. Complete diversity of citizenship exists between Plaintiff and Defendant Berkshire. Plaintiff, NewView Oklahoma, Inc., is a corporation organized under the laws

of the State of Oklahoma with its principal place of business in Oklahoma City, Oklahoma, County, Oklahoma and is thus a citizen of Oklahoma for diversity jurisdiction purposes. Defendant Berkshire is an insurance company incorporated in the State of Massachusetts with its principal place of business in Boston, Massachusetts and is thus a citizen of Massachusetts for diversity jurisdiction purposes. Because Plaintiff is a citizen of Oklahoma and Berkshire is a citizen of Massachusetts, there is complete diversity between the parties for purposes of this Court's diversity jurisdiction.

4. In its Petition, filed on April 26, 2019 and served on June 21, 2019, Plaintiff states it "demands judgment against Defendant, Berkshire Hathaway Specialty Insurance Company, in an amount in excess of the jurisdictional amount in 28 U.S.C.A. §1332, plus interest, costs, attorney fees and all other relief which the Court deems just and equitable." Accordingly, Plaintiff's Petition, on its face, alleges damages in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C.A. §1332.

5. Removal is appropriate in this matter because complete diversity exists between Plaintiff and the Defendant and Plaintiff seeks damages in excess of $75,000.00, as required by 28 U.S.C. § 1332.

6. This Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days after the Defendant Berkshire was served on June 21, 2019.

7. Pursuant to 28 U.S.C. § 1446 and LCvR 81.2, copies of all process, pleadings, and orders served upon Defendant Berkshire, together with a copy of the docket

sheet from the District Court of Oklahoma County, are attached hereto as Exhibits 1 through 6.

8. Defendant Berkshire further states that no motions are pending before the state court at the time of removal.

9. Contemporaneously with this filing, Defendant Berkshire served a Notice of Filing Notice of Removal on Plaintiff's counsel and the Court Clerk of the District Court of Oklahoma County.

WHEREFORE, premises considered, Defendant Berkshire respectfully requests that this Court remove the instant case from the District Court of Oklahoma County, State of Oklahoma, to the District Court of the United States for the Western District of Oklahoma.

Respectfully submitted,

By: *s/ Sterling E. Pratt*
C. William Threlkeld
Oklahoma Bar No. 9005
cwthrelkeld@fentonlaw.com
Sterling E. Pratt
Oklahoma Bar No. 22276
sepratt@fentonlaw.com
**FENTON, FENTON, SMITH, RENEAU & MOON**
One Leadership Square, Suite 800N
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247

Shannon O'Malley
Oklahoma Bar No. 33451
Texas Bar No. 24037200
Lindsey P. Bruning
Oklahoma Bar No. 33335
Texas Bar No. 24064967
lbruning@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**COUNSEL FOR DEFENDANT
BERKSHIRE HATHAWAY SPECIALTY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This will certify that on the 10th day of July, 2019, I electronically transmitted the foregoing to the Clerk of the Court using ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following recipients:

Steven S. Mansell
Mark A. Engel
Kenneth G. Gole
M. Adam Engel
mec@meclaw.net
204 North Robinson, 21st Floor
Oklahoma City, OK 73102-7201
Telephone: 405-232-4100
Facsimile: 405-232-4140
**COUNSEL FOR PLAINTIFF**

*s/ Sterling E. Pratt*
Sterling E. Pratt