

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Newview Oklahoma, Inc.<br>        Plaintiff,<br>v.<br>Berkshire Hathaway Specialty Insurance Company,<br>        Defendant. | No. CJ-2019-2351<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 04/26/2019<br><br><br>Judge: Pemberton, Trevor |

## PARTIES

Berkshire Hathaway Specialty Insurance Company, Defendant
Newview Oklahoma Inc, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ENGEL,  MARK  A (Bar #10796)<br>204 NORTH ROBINSON AVENUE 21TH FLOOR<br>OKC, OK 73102 | Newview Oklahoma Inc, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
            Filed By: Newview Oklahoma Inc
            Filed Date: 04/26/2019

| Party Name | Disposition Information |
|---|---|
| | Pending. |

EXHIBIT 1

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-26-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 04-26-2019 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 04-26-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 04-26-2019 | PFE1 | PETITION | | | $ 163.00 |
| 04-26-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 04-26-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 04-26-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 04-26-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 04-26-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 04-26-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 04-26-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 04-26-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 04-26-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 04-26-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 04-26-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 04-26-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 04-26-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 04-26-2019 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 04-26-2019 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1043184243) TIFF  PDF | | | |
| 04-26-2019 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1043184239) TIFF  PDF | | | |
| 04-26-2019 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1043184235) TIFF  PDF | | | |
| 04-26-2019 | P | PETITION<br>Document Available (#1043660104) TIFF  PDF | | | |
| 04-26-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PEMBERTON, TREVOR TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-26-2019 | ACCOUNT | RECEIPT # 2019-4590333 ON 04/26/2019. PAYOR: MANSELL ENGEL & COLE TOTAL AMOUNT PAID: $ 242.14. LINE ITEMS: CJ-2019-2351: $173.00 ON AC01 CLERK FEES. CJ-2019-2351: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2019-2351: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2019-2351: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2019-2351: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2019-2351: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2019-2351: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2019-2351: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2019-2351: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2019-2351: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2019-2351: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 06-21-2019 | SMS | SUMMONS RETURNED, SERVED: OKLAHOMA INSURANCE DEPARTMENT ATTN LEGAL DEPARTMENT SIGN BY PEGGY KELLY ON 6/20/19 CERT MAIL Document Available (#1044155234) 📄TIFF 📕PDF | | | |